FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 21 2016

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | SEALED |
|---|---|---|
| | § | |
| v. | § | No. 6:16CR-42 |
| | § | Judge RC/KNM |
| NICKALAS GRAHAM | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. §§ 2252A(a)(1) and (b)(2) (Transportation of Child Pornography)

Between on or about August 17, 2015 and on or about August 30, 2015, in the Eastern District of Texas, **Nickalas Graham**, defendant, did knowingly transport any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **Nickalas Graham**, using a file hosting service for cloud storage and the Internet, transported the following visual depictions:

| FILE NAME | DESCRIPTION |
|---|---|
| HDV_0151 (5yo ▓▓).mp4 | This video depicts a prepubescent female wearing a pink and brown striped dress and performing oral sex on an adult male's erect penis. |

| Video 10-08-2015 23 19 29.mp4 | This video depicts a nude, prepubescent female standing and performing oral sex on an adult male's erect penis. The adult male then ejaculates on the prepubescent female's face. |
|---|---|
| niÃƒÂ±o mamando verga 5 niÃƒÂ±os teniendo sexo gay parte 1 nombre de busqueda mas rapida tito35niÃƒÂ±os.mp4 | This video depicts a nude, prepubescent male whose mouth and anus are penetrated by an adult male's penis. |

In violation of 18 U.S.C. §§ 2252A(a)(1) and (b)(1).

                                                  A TRUE BILL

                                                  _____
                                                  GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____         Date:  9/21/16
MARISA J. MILLER
Assistant United States Attorney

Indictment – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 6:16CR |
| | § | Judge |
| NICKALAS GRAHAM | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. §§ 2252A(a)(1) and (b)(1)

Penalty: Imprisonment for not less than five years and not more than twenty years; but if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than fifteen years and not more than forty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

Notice of Penalty - Page 1